JS-6

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- SOUTHERN DIVISION

| | |
|---|---|
| **JOEL AARON WILLIAMS**  Plaintiffs,  vs.  **COUNTY OF ORANGE,** a subdivision of the State of California; **CITY OF COSTA MESA**, a political subdivision of the State of California; **COSTA MESA POLICE DEPARTMENT**, a department and subdivision of defendant City of Costa Mesa; **OFFICER DANIEL MESRI**, an individual; **OFFICER ERIC FRICKE**, an individual; **SERGEANT BRENT MCKINLEY**, an individual; **SERGEANT CLINTEN DIEBALL**, an individual; **OFFICER KEITH HERTER**, an individual; **OFFICER JODI SCHMIDT**, an individual; **OFFICER JOE ORTIZ**, an individual; **OFFICER DAMIEN STAFFORD**, an individual; **OFFICER KEITH SMITH**, an individual; and DOES 1-30, inclusive  Defendants. | Case No:  SACV12-00155 JST (JPRx)  **ORDER OF DISMISSAL WITH PREJUDICE OF ACTION** |

1
## ORDER

2  In consideration of the parties' stipulation for dismissal with prejudice of
3  this action, IT IS HEREBY ORDERED that this case is dismissed in its entirety,
4  with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

5  Dated:  July 02, 2013

7  _____
   Hon. Josephine Staton Tucker